UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),

v.                                                                                          Case No. 2:07-mj-06

DANON DONN WATSON,                                              HON. TIMOTHY P. GREELEY

        Defendant(s).
_____/

## ORDER

Defendant Watson appeared before the undersigned on March 4, 2008, for purposes of a detention hearing and preliminary examination. The court was advised by defendant that he did not object to detention at that time and requested substance abuse services at the facility in which he is incarcerated. Defendant's request was granted. IT IS HEREBY ORDERED that defendant be provided with substance abuse treatment, as deemed to be appropriate by the Pretrial Services Officer, while incarcerated.

In addition, a preliminary examination was conducted, and the court found that the testimony presented by ATF Special Agent James Petschke established probable cause that the defendant committed the offense alleged in the complaint. Accordingly, defendant will be detained pending further proceedings.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United

States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

      IT IS SO ORDERED.

                                      /s/ Timothy P. Greeley
                                    TIMOTHY P. GREELEY
                                    UNITED STATES MAGISTRATE JUDGE

Dated: March 5, 2008